# UNITED STATES DISTRICT COURT

for the
Southern District of Illinois

SCANNED at MENARD and E-mailed
10-28-24 by JA  48 pages
Date    initials    No.

Stanley Boclair _____ )
_____ )
_____ )  Case Number: _____24-2371-SMY_____
_____ )
_____ )      (Clerk's Office will provide)
*Plaintiff(s)/Petitioner(s)* )
v. )
)  ■ CIVIL RIGHTS COMPLAINT
)  pursuant to 42 U.S.C. §1983 (State Prisoner)
Aingela Crown; Kelly Pierce; Jeremy )  ☐ CIVIL RIGHTS COMPLAINT
Bennett, amanda Choate, Nurse )  pursuant to 28 U.S.C. §1331 (Federal Prisoner)
Council, Nurse Susan; Nursing )  ☐ CIVIL COMPLAINT
Station Defendants July 18, 19 & 22; )  pursuant to the Federal Tort Claims Act, 28 U.S.C.
*Defendant(s)/Respondent(s)* )  §§1346, 2671-2680, or other law
Jane/John Doe Scheduling Persons;
Kevin Reichert.

## I.    JURISDICTION

### Plaintiff:

A.    Plaintiff's mailing address, register number, and present place of confinement. Stanley Boclair, 01 b0451,
Box 1000
Menard Corr. Center



### Defendant #1:

B.    Defendant ___Aingela Crown___ is employed as
        (a)        (Name of First Defendant)

___Healthcare Unit administrator (HCUA)___
        (b)        (Position/Title)

with ___(1000) Menard Corr. Center___
        (c)        (Employer's Name and Address)

___711 Kaskaskia Street, Menard Il. 62259___

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government?    ■ Yes    ☐ No

If your answer is YES, briefly explain: defendant was direct control over all HCU departments

Rev. 10/3/19

**Defendant #2:**

C.    Defendant _Kelly Pierce_ is employed as

(Name of Second Defendant)

_Grievance Officer_

(Position/Title)

with _(IDOC) Menard Corr. Center_

(Employer's Name and Address)

_711 Kaskaskia Street, Menard, IL. 62259_

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government?    ☒ Yes    ☐ No

If you answer is YES, briefly explain: To review with efficiency inmate grievances against staff and in the application of IDOC rules, directives & policies in making recommendations to the CAO

**Additional Defendant(s) (if any):**

D.    Using the outline set forth above, identify any additional Defendant(s).

Defendant: Jeremy Bennett
Position/Title: Administrative Review Board Member
Employer name and address: Illinois Dept. Corr. 1301 Concordia Court, Springfield, Ill. 62794-9277
Was defendant employed by state government: YES
Briefly explain: assess and/or recommend final resolutions of issues

E.    Defendant: Amanda Chotite
Position/Title: Station Unit Nurse
Employer name and address: (IDOC) Menard Corr. Center, 711 Kaskaskia Street, Menard Il. 62259
Was defendant employed by state government: YES
Briefly explain: daily review sick call slips, if warranted refer to Practitioner

F.    Defendant: Council
Position/Title: Station Unit Nurse
Employer name and address: (IDOC) Menard Corr. Center, 711 Kaskaskia Street, Menard Il. 62259
Was defendant employed by state government: YES
Briefly explain: daily review sick call slips, if warranted refer to Practitioner

G.    Defendants: Susan
Position/Title: Station Unit Nurse
Employer name and address: (IDOC) Menard Corr. Center, 711 Kaskaskia Street, Menard Il. 62259
Was defendant employed by state government: YES
Briefly explain: daily review sick call slips, if warranted refer to Practitioner

Rev. 10/3/19

2

Additional Defendants:

H. Defendants: Nursing Station July 18,19 & 22nd, 2023
Position/Title: Station Unit Nurse
Employer name and address: (IDOC) Menard Corr. Center, 711 Kaskaskia Street
Menard Il. 62259
Was defendant employed by state government: YES
Briefly explain: daily review sick call slips, if warranted refer to
Practitioner

I. Defendants: Scheduling inmates after referrals to see M.D./Practitioner
Position/Title: Referral Clerk
Employer name and address: (IDOC) Menard Corr. Center, 711 Kaskaskia
Street, Menard, Il. 62259
Was defendant employed by state government: YES
Briefly explain: Schedule inmates on M.D./Nurse Practitioner
call-line after sick call referral

J. Defendant: Kevin Reichert
Position/Title: assistant warden - Security
Employer name and address: (IDOC) Menard Corr. Center, 711 Kaskaskia
Street, Menard Il. 62259
Was defendant employed by state government: YES
Briefly explain: Handles day to day functioning of Security,
Maintenance, Dietary, Laundry, Visiting, all
Housing units under his immediate supervision

3

II.

1. Parties to previous lawsuits:
   Plaintiff: Stanley Boclair
   Defendants: Roger J Walker Jr., Donald Hulick, Tina Beardon, Monroe, J Bradley Sadler, Kim Butler, Tim Maue, Darrell Westerman, Dan J Leifer

2. Court: Southern District of Illinois
3. Docket Number: 10-978-MJR
4. Name of Judge: Michael J. Reagan / Magistrate Stephen C. Williams
5. Type of case: Civil
6. Disposition of case: Judgement Defendant / Trial
7. Approximate date of filing / lawsuit: December 3, 2010
8. Approximate date of disposition: October 8, 2013

1. Parties to previous lawsuits:
   Plaintiff: Stanley Boclair
   Defendants: Michael P. Randle, Guy D. Pierce, C. Jaduse, C. Taylor, Marcus Hardy, Tyneer Butler - J Winters, Ralph J Burky Nils, Nelson Holman, Gerard Alvarez, Ida Johnson, Karen Marie Rabideau, Liliuokalani - Streeter - Thomas

2. Court: Northern District of Illinois, Eastern Division
3. Docket Number: 11-C-5217
4. Name of Judge: John J. Tharp Jr. / Magistrate Michael T. Mason
5. Type of case: Civil
6. Disposition of case: Settlement
7. Approximate date of filing lawsuit: August 1, 2011
8. Approximate date of disposition: August 16, 2013

1. Parties to previous lawsuits:
   Plaintiff: Stanley Boclair
   Defendants: Salvador Godinez, Michael Lemke, Teri Anderson, Marcus Hardy, Ida Johnson, Karen Marie Rabideau, Donald Williams, Kenneth Nushardt, Tyras Lazard, John Sievers, Brandon Franco, Michael Bowlin, Lester Hawk, Antonelle Florence, Cervantes, Montes, Pinchart, Vegara, Michael Magana

2. Court: Northern District of Illinois, Eastern Division
3. Docket Number: 13-cv-8690
4. Name of Judge: John J. Tharp, Jr.
5. Type of case: Civil
6. Disposition of case: Settlement
7. Approximate date of filing lawsuit: December 9, 2013
8. Approximate date of Disposition: December 1, 2017

(4)

II. Previous Lawsuits:

1. Parties to previous lawsuits:
   Plaintiff: Stanley Boclair
   Defendants: John Baldwin, Tarry Williams, Nicholas Lamb, Victor Callaway, Bierkly Lanon, Riachu

2. Court: Northern District of Illinois, Eastern Division

3. Docket Number: 17-cv-422

4. Name of Judge: John J. Tharp, Jr.

5. Type of case: civil

6. Disposition of case: Dismissed / one strike / 7th cir. app. # 17-3291

7. Approximate date of filing lawsuit: February 23, 2017

8. Approximate date of disposition: Unknown

9. Frivolous, Malicious, failure to state a claim: Unknown

---

1. Parties to previous lawsuits:
   Plaintiff: Stanley Boclair
   Defendants: John J. Baldwin, Tarry Williams

2. Court: Northern District of Illinois, Eastern Division

3. Docket Number: 17-cv-2998

4. Name of Judge: John J. Tharp, Jr.

5. Type of case: civil

6. Disposition of case: Dismissed / one strike

7. Approximate date of filing lawsuit: April 21, 2017

8. Approximate date of disposition: June 19, 2017

9. Frivolous, Malicious, Failure to state a claim: Unknown

---

1. Parties to previous lawsuits:
   Plaintiff: Stanley Boclair
   Defendants: Jacqueline Lashbrook

2. Court: Southern District of Illinois

3. Docket Number: 3:18-cv-00586-NJR-DGW

4. Name of Judge: Nancy J. Rosenstengel / Magistrate Donald G. Wilkerson

5. Type of case: civil

6. Disposition of case: Settlement

7. Approximate date of filing lawsuit: March 19, 2018

8. Approximate date of disposition: May 23, 2019

---

1. Parties to previous lawsuits:
   Plaintiff: Stanley Boclair
   Defendants: Jacqueline Lashbrook, John Baldwin, Barry Myers, Michael Lawrinock, Philip Royster, Joshua Cornstubble, John Koch, Justin Engalage, Carson Winters, Ezra Hunter

2. Court: Southern District of Illinois

3. Docket Number: 3:18-cv-01188-SMY-RJD

4. Name of Judge: Staci M. Yandle / Magistrate Reona J. Daly

5. Type of case: civil

6. Disposition of case: Dismissed

7. Approximate date of filing lawsuit: July 1, 2018

8. Approximate date of disposition: June 7, 2024

(5)

II. PREVIOUS LAWSUITS:

1. Parties to previous lawsuits:
Plaintiff: Stanley Boclair
Defendants: John Baldwin, Brandi Trika, Angela Crain, Reva Engalage, Sandra Funk, Holly Hawkins, Aimee Lang, Frank Lawrence, Robert Mueller, Randy Pfister

2. Court: Southern District of Illinois
3. Docket Number: 18-cv-2084-NJR
4. Name of Judge: Nancy A. Rosenstengel
5. Type of Case: Civil
6. Disposition of case: Settlement / Judgment
7. Approximate date of filing lawsuit: November 16, 2018
8. Approximate date of disposition: Unknown

---

1. Parties to previous lawsuits:
Plaintiff: Stanley Boclair
Defendants: Rob Jeffreys, Robert Mueller, Frank Lawrence, Lloyd Hanna, Reva Engalage, John Doe Chief Engineer and Maintenance Supervisors

2. Court: Southern District of Illinois
3. Docket Number: 21-cv-22-SPM
4. Name of Judge: Stephen P. McGlynn
5. Type of Case: Civil
6. Disposition of case: Pending
7. Approximate date of filing lawsuit: January 11, 2021
8. Approximate date of disposition: Unknown

---

1. Parties to previous lawsuits:
Plaintiff: Stanley Boclair
Defendants: Anthony Wills, Rob Jeffreys, Mohammad Siddiqui, Angela Crain, Heather Price

2. Court: Southern District of Illinois
3. Docket Number: 21-cv-289-SPM
4. Name of Judge: Stephen P. McGlynn
5. Type of Case: Civil
6. Disposition of case: Pending
7. Approximate date of filing lawsuit: March 15, 2021
8. Approximate date of disposition: Unknown

(6).

II. PREVIOUS LAWSUITS

1. PARTIES TO PREVIOUS LAWSUITS:
   Plaintiff: Stanley Boclair

   Defendants: PREA COMPLIANCE MANAGER, LT. HICKS, OFFICER ARMBRUSTER
   Jeffrey Olson, Shelia Ramsey, Jeremy Bennett Person
   (Manor) accepting report, PREA COMPLIANCE COMMITTEE
   members

2. COURT: SOUTHERN DISTRICT OF ILLINOIS

3. DOCKET NUMBER: 24-cv-1924-SMY

4. NAME OF Judge: Staci M. Yandle

5. TYPE OF CASE: CIVIL

6. DISPOSITION OF CASE: pending

7. approximate date of filing lawsuit: august 19, 2024

8. approximate date of disposition: UNKNOWN

1. PARTIES TO PREVIOUS LAWSUITS:
   Plaintiff: Stanley Boclair
   Defendants: Samuel Sterrett, Anthony Wills
2. COURT: SOUTHERN DISTRICT OF ILLINOIS
3. DOCKET NUMBER: 24-cv-2344-SPM
4. NAME OF Judge: Stephen P. McGlynn
5. TYPE OF CASE: CIVIL
6. DISPOSITION OF CASE: pending
7. approximate date of filing lawsuit: october 22, 2024
8. approximate date of disposition: ONLY THE Judge KNOWS

## II.   PREVIOUS LAWSUITS

A.     Have you begun any other lawsuits in state or federal court while you were in prison or jail (during either your current or a previous time in prison or jail), e.g., civil actions brought under 42 U.S.C. § 1983 (state prisoner), 28 U.S.C. § 1331 (federal prisoner), 28 U.S.C. §§ 1346, 2671-2680, or other law?  ☐Yes ☐No

B.     If your answer to "A" is YES, describe each lawsuit in the space below.  If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.  **List ALL lawsuits in any jurisdiction and indicate the court where they were filed to the best of your ability,** including those that resulted in the assessment of a "strike" under 28 U.S.C. § 1915(g) and/or those that were dismissed for being frivolous, malicious, or for failure to state a claim (see 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e)(2); Federal Rule of Civil Procedure 12(b)(6)).  FAILURE TO FULLY DISCLOSE YOUR LITIGATION HISTORY, INCLUDING "STRIKES," MAY RESULT IN SANCTIONS THAT INCLUDE DISMISSAL OF THIS ACTION.

1.     Parties to previous lawsuits:
Plaintiff(s): Stanley Boclair

Defendant(s): Thomas Page, Donald Snyder, Nancy Tucker, Donald Luyerld, Michael Atchison, W.J. Scott

2.     Court (if federal court, name of the district; if state court, name of the county): Southern District of Illinois

3.     Docket number: 99-ZZ-3

4.     Name of Judge to whom case was assigned: G. Patrick Murphy

5.     Type of case (for example: Was it a habeas corpus or civil rights action?): civil

6.     Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Dismissed

Rev. 10/3/19

8

7.     Approximate date of filing lawsuit: _august 5, 1999_

8.     Approximate date of disposition: _august 16, 1999_

9.     Was the case dismissed as being frivolous, malicious, or for failure to state a claim upon which relief may be granted and/or did the court tell you that you received a "strike?" _failure to state a claim, no remaining documentation to state certainty._

## III.    GRIEVANCE PROCEDURE

A.    Is there a prisoner grievance procedure in the institution? ☒ Yes    ☐ No

B.    Did you present the facts relating to your complaint in the prisoner grievance procedure?             ☒ Yes    ☐ No

C.    If your answer is YES,
     1.    What steps did you take?
         _(See Exhibits - a, a1, a2, a3, C, C1, C2, C3, C4, d, d1, d2, d3, E, F1, F2, F3, q, q1 & q2_

     2.    What was the result?
         _(See Exhibits - a3, a2, C1, C2, F2, F3... d & q2 results held out of plaintiff control by ARB & C.O. respectively._

D.    If your answer is NO, explain why not.

E.    If there is no prisoner grievance procedure in the institution, did you complain to prison authorities?             ☐ Yes    ☐ No

F.    If your answer is YES,
     1.    What steps did you take?

Rev. 10/3/19

2.    What was the result?


G.    If your answer is NO, explain why not.


H.    Attach copies of your request for an administrative remedy and any response you received.  If you cannot do so, explain why not:

## IV.   STATEMENT OF CLAIM

A.   State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

1. On _July 24, 2023,_ during sick call I told defendant Choate plaintiff was experiencing immense internal pain, indomethacin for severe arthritis (without cartilage at L-4 in the spinal column) and he had been completely out of these medications for over (2) weeks (not as falsely documented: exhibit _a_1" the duration of the pain has been over a week") and that this pain would come intermittingly with inflammation of the arthritis crippling plaintiff movement and the re-fill for the indomethacin had been submitted over a month earlier, is the accurate discription of plaintiff self-reporting at sick call on _July 24, 2023._

2. Defendant Choate caused no "provider" (Exhibit _a_1) or otherwise to fill plaintiff prescription or reference his condition and July 24th, was only the beginning of a long five month odyssey where defendants angela crain, choate and others abandoned plaintiff to wretched pain, with (Exhibit _a_1) the first of several medical memorandum falsified and inserted into plaintiff medical records by defendants crain and kelly pierce to deny medical care in retaliation for lawsuits and grievances against crain with pierce aiding and abetting that retaliation.

3. Twenty days without a response after the July 24th sick call plaintiff submitted to the gallery CO (Exhibit _b) which

Rev. 10/3/19

was given defendant Susan in NORTH - Z NURSE'S STATION ON AUGUST 13, 2023, with no Medical RESPONSE was FORTHCOMING.

4. Again, FIVE days latter on AUGUST 18, 2023, ON THE 9 to 11 SHIFT plaintiff submitted to CMT Morgan the indomethacin label for a RE-Fill expressing months of excruciating arthritic pain and no Medical RESPONSE was FORTHCOMING.

5. ON September 8, 2024, plaintiff gave to int' CMT Jesse (Exhibit - b) telling him arthritis medication was being withheld for nearly three months on an active prescription with no Medical RESPONSE FORTHCOMING.

6. Defendant PIERCE begins aiding the retaliation when (Exhibits - c, c1, & d) came before her to evaluate by falsely and intentionally claiming grievance K4-0923-0069 SEPT 1, 2023 and K4-1023-0674 OCT. 8, 2023 are duplicates, when the body and substance are not the same.

7. Defendant BENNETT maintains at the ARB the copies of plaintiff grievance, Medical memorandum, grievance OFFICER REPORT and CAO's RESPONSE to #0069. Sanctioning defendant Pierce's aiding in the retaliatory denial of Medical care with no specificity as to what section in the AR 504F series he was denying 0069 when at this time defendant BENNETT also had in his possession #0674 and knowing the one did not duplicate the other. See, (Exhibits - c2, c3, d, d1 & d2).

8. Previously, defendants Crain and PIERCE IN THE underlying subterfuge of the retaliation never bothered addressing directly the deliberate denial to obtain plaintiff Relief from wretching arthritis on certain

dates, by individuals certain, but instead withheld treatment that could and should have authorized by responding to #0069 and #0674 on the same day and 'causing' #0674 to be received by plaintiff (two copies) on approximately Dec. 18, 2023 (exhibits C1 & C4) permitting plaintiff to retain a copy in his records and submitt the other to the ARB. Defendants Pierce and Crain declare #0674 moot and falsely "this is a duplicate ... addressed in grievance #K4-0923-0069". (Exhibit C1).

9. With Defendants Pierce and Crain causing only one copy of #0069 to be given to plaintiff 36 days later on a Friday, night Jan. 12, 2024, (exhibit d2) unable to acquire a copy for his records on Monday Jan. 15th as the library was closed plaintiff Submitted the grievance, medical memorandum and grievance officer's report all to the ARB on Jan. 16, 2024. See (exhibit d3).

10. To wit — on July 17, 2023, plaintiff, expressing to gallery C/O Davis ainegd for his help to obtain medical help the C/O gave Jane Doe Nurse w/f north-2 nursing station a sick call request to treat arthritis that Jane Doe refused to evaluate and ignored plaintiff request in person on her med-rounds at the cell next door to plaintiff's between 1 pm - 1:45 pm.

11. On July 18, 2023, C/O Choate; July 19, 2023, C/O Welage; on July 21, 2023 C/O Brooks (to defendant Choate; and on July 22, 2023 C/O Butler all at plaintiff request to be treated for debilitating

down delivered sick call slips on those dates to person's in the unit nursing station whose assignment it was to ("review these slips daily and place plaintiff on the nurse sick call for the next day... and once that sick call visit was complete if plaintiff symptoms warrant plaintiff will be referred to a practitioner" — Sick call Procedures/ Menard Correctional Center Orientation given to plaintiff November 2016).(Ex. E).

12. With the above procedure resulting in the failure of plaintiff seeing a practitioner after the July 24, 2023 sick call, where plaintiff also told Nurse Choate Tylenol and Ibuprofen were proven impotent in treating plaintiff arthritis, on Sept. 25th, defendant Choate was again given plaintiff sick call slip to process or call plaintiff out for evaluation by gallery c/o Unge and Choate refused and ignored his in-person pleas on her medication rounds to the neighboring cell as subsequently done September 26th 2023 (given sick call request by c/o Tatum); October 2nd and 6th 2023; Oct. 13th 2023 (given sick call request by gallery c/o apple) inexplicable to plaintiff defendant Choate showed an animus to treating daily excruciating painful arthritis when assigned to the unit nursing station. See (Exhibits b, c & E).

13. Defendant Council likewise showed an inexplicable animus when assigned to the unit nursing station and ignored and refused to evaluate excruciatingly painful arthritis when given sick call request September 27, 2023; Sept. 28, 2023 (given sick call

REQUEST by gallery CRO Chapple; Sept. 29, 2023 (given sick call request by gallery CRO Davis); Oct. 1, 2023, (by plaintiff during med. rounds & again on Oct 3rd); Oct. 12, 2023, (given sick call request by gallery CRO Shanz); Oct. 14, 2023, told & given request by plaintiff during med. rounds); Oct. 15, 2023 (given sick call request by gallery CRO Rayman) - Oct. 17, 2023 (given sick call request by gallery CRO Koronolo & told by plaintiff during med. rounds); Oct. 18, 2023 (given sick call request by gallery CRO Chapple); Oct. 20, 2023 (given sick call request by gallery CRO Davis & told by plaintiff during med. rounds). See, Exhibits - b, c & F).

14. On Oct. 12, 2023, defendant Council responded by throwing ineffective Ibuprofen in plaintiff cell though discounted and discontinued by the NP. See, (Exhibit - A).

15. On October 22nd and 23rd, 2023, respectively, gallery CRO's Lewis and Allison gave plaintiff sick call request for treatment of painful arthritis to (Jane/John Doe) defendant assigned to the unit nursing station who did nothing in response. See, (Exhibit - F).

16. Legal and Medical Schedules are coordinated - plaintiff is automatically taken off the library list when on unit sick call list, thus plaintiff Oct. 31, 2023, zoom deposition was scheduled and known by (Jane/John Doe) NP-scheduling defendant, who prolonged unnecessarily plaintiff pain and suffering. See, (Exhibit - A).

17. On March 4, 2024, Defendant Crouch again inserted false medical memorandum into plaintiff medical record to conceal her allowing

IN RETALIATION THE REFUSAL OF HEALTHCARE UNIT STAFF TREATMENT OF PLAINTIFF PAINFUL ARTHRITIC CONDITION FOR THE PREVIOUS SIX MONTHS. SEE, (EXHIBITS _ F, 9 & 9 0).

18. DEFENDANT PIERCE SINCE MARCH 25, 2024, UNTIL THE PRESENT FILING OF THIS COMPLAINT (FAR BEYOND ANY EXPIRY PROVISIONS IN 504.830 e)) HAS AGAIN AIDED IN COVERING UP DEFENDANTS RETALIATION AND REFUSAL TO TREAT PLAINTIFF PAINFUL SUFFERING BY CAUSING NO CORRECTIVE RESPONSES TO FALSE MEDICAL INSERTIONS DEFENDANT PIERCE KNEW TO BE PLACED IN PLAINTIFF MASTER FILE AND MEDICAL RECORDS. SEE (EXHIBITS _ F, 9, 9 1 & 9 2).

19. ON DECEMBER 8, 2023, DEFENDANT REICHERT GAVE AID TO THE RETALIATORY DENIAL BY DEFENDANT CRAIN AND THE REFUSAL OF UNIT NURSING STATION STAFF TO TREAT PLAINTIFF UNNECESSARY PAINFUL ARTHRITIC SUFFERING BY FALSELY CLAIMING THE TITLE AND POSITION OF CAO AND INSERTING INTO PLAINTIFF MASTERFILE AND MEDICAL RECORDS THAT GRIEVANCE OCT. 8, 2023, #K4-1023-0674 WAS A DUPLICATE AND ALL PLAINTIFF MEDICAL CONCERNS HAD ALREADY BEEN ADDRESSED. SEE, (EXHIBIT _ C 1).

20. PRIOR TO THE ACTS AND INACTION OF THE DEFENDANTS PLAINTIFF WAS PRESCRIBED INDOMETHACIN (GENERIC FOR: INDOCIN) NEARLY (12) YEARS AS PAIN - MANAGEMENT PROTOCOL THAT FORMULATED A CERTAIN QUALITY OF LIFE THAT WAS ABRUPTLY REDUCED TO RUINOUS CRIPPLING PAIN FROM MID- JUNE LATE INTO DECEMBER 2023 WHERE HE WAS BENT-OVER AT THE WAIST LEANING AGAINST THE WALL AND ALONG THE BED TO MOVE WITH AGONIZING SLEEPLESS NIGHTS EXACERBATED WITH UNKNOWN INTERNAL PAIN.

16

Exhibit a

12-7-26

AUG 0 1 2023

1st Lvl rec:

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

2nd Lvl rec.

| Date: July 27,2023 | Offender (please print): Boclair | ID #: 4160451 | Race (optional): Human |
|---|---|---|---|
| Present Facility: Menard | | Facility where grievance issue occurred: Menard | |

**Nature of grievance:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report

- [ ] Mail Handling
- [ ] Dietary
- [ ] Other (specify): _____

- [x] Medical Treatment
- [ ] HIPAA

47-8-23 MEN
- [ ] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

**RECEIVED**

Date of report _____

Facility where issued **MENARD CC**
**GRIEVANCE OFFIC**

AUG 0 3 2023

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Boa
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drug
issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information
each person involved):

ON-GOING DENIAL OF TREATMENT FOR EXCRUCIATING INTERNAL PAIN SINCE 7.15.23 (CHRONIC COUNSEL AS YET UNKNOWN HCU STAFF) WHERE I CAN NOT SUFFER IMMENSELY BUT WITH ANY ORDINARY HUMAN MOVEMENT BECAUSE OF GRIEVANCES & LAWSUITS OF WHICE CAO DIRECTOR Medard Litigation COORDINATOR PREVIOUSLY & NUMEROUSLY ALERTED, ~~~~ ALONG WITH AIDING & CONTINUOUS ABETTING BY PREVIOUSLY NAMED STAFF IN CLINICAL SERVICES.

- [ ] Continued on reve

**Relief Requested:** IMMEDIATE TREATMENT OF UNKNOWN INTERNAL PAIN...

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[ ] Check if this is NOT an emergency grievance.

Stanley Boclair    4160451    July 27, 2023
Offender's Signature    ID#    Date

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)    Date Received: _____    [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:

_____

Print Counselor's Name    Sign Counselor's Name    Date

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance offi

**EMERGENCY REVIEW:**    Date Received: 8-2-23

Is this determined to be of an emergency nature:

[x] Yes, expedite emergency grievance
[ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

Chief Administrative Officer's Signature    11E - Medical Treatment    8-2-23
Date

Page 1 of 2

47-8-23

JB Pritzker
Governor



Latoya Hughes
Acting Director

Exhibit A_ 1

## The Illinois Department of Corrections

Menard Correctional Center
711 Kaskaskia Street • Menard, IL  62259 • (618) 826-5071 TDD: (800) 526-0844

# M E M O R A N D U M

DATE:    November 1, 2023

TO:    Kelly Pierce, Corrections Clerk III, Grievance Office

FROM:    Angela Crain, MSN, RN, HCUA

SUBJECT: Boclair, Stanley A60451 EMR # 47-8-23

---

I am in receipt of Individual Boclair, Stanley A60451 Emergency Grievance 47-8-23 dated 7-27-2023 for concerns of medical treatment and staff conduct.  Individual Boclair A60451 reports on-going denial of treatment for excruciating internal pain since 7-15-2023.  I have reviewed the individual medical record.  The individual was seen by Nurse Choate for nurse sick call on 07/24/2023. Nurse Choate documented on the nurse sick call treatment protocol individual voiced concern of upper left hip pain.  Describes the pain as throbbing and intermittent with movement.  The individual self-reports his pain 7 out of 10 on a 0 – 10 pain scale.  The individual self-reports the duration of his pain has been over a week.  The nurse documented no signs or symptoms of pain/discomfort noted at this time.  No redness, swelling or bruising noted.  Range of motion within normal limits at this time.  The nurse did refer the individual to a provider and educated the patient to return to the provider if symptoms worsen or interfere with daily functioning. The individual is prescribed Tylenol and Ibuprofen for pain.

*Angela Crain MSN, RN, HCUA*
Angela Crain, MSN, RN, HCUA

---

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO INDIVIDUAL IN CUSTODY'S GRIEVANCE**

| **Grievance Officer's Report** | | |
|---|---|---|
| Date Received: 08/03/0202 | Date of Review: 08/03/2023 | Grievance #: 47-8-23 |
| Individual in Custody Name: Boclair, Stanley | | ID#: A60451 |

**Nature of Grievance:**

Medical Treatment

**Facts Reviewed:**

Individual in custody submitted a grievance dated 7/21/2023. He reports on going denial of treatment for excruciating internal pain since 7/15/2023.

Relief Requested: Immediate treatment of unknown internal pain...

The grievance was forwarded to the Health Care Unit for review on 8/3/2023.

Please see attached memo dated 11/1/2023 from Angela Crain, RN, HCUA regarding her review of the grievance issues. This office finds that the issue was appropriately addressed.

If an appeal of this grievance is forwarded to the ARB, the attached memo must accompany the grievance response.

**Recommendation:**

It is the recommendation of this Grievance Officer that the Individual in Custody's grievance is RESOLVED. The individual's medical concerns are being addressed by the Health Care Unit.

Kelly Pierce, Corrections Clerk III - Menard Correctional Center
_____    _____
Print Grievance Officer's Name                         Grievance Officer's Signature
(Attach a copy of Individual in Custody's Grievance, including counselor's response if applicable)

| **Chief Administrative Officer's Response** | | | |
|---|---|---|---|
| Date Received: MEN DEC 08 2023 | ☑ I concur | ☐ I do not concur | ☐ Remand |

**Action Taken:**

_____                    12/8/23
Chief Administrative Officer's Signature                          Date

| **Individual in Custody's Appeal To The Director** |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

Stanley Boclair                    A60451          DEC. 18, 2023
_____    _____    _____
Individual in Custody's Signature              ID#                    Date

J.B. Pritzker
Governor



Latoya Hughes
Acting Director

Exhibit C-3

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Name:    BOCLAIR, STANLEY                                          2/5/24
                                                                  Date
ID# :    A60451

Facility:   MENARD

This is in response to your grievance received on __12/21/2023__. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: 07/27/2023    Grievance Number: 47-8-23    Griev Loc: MEN

- ☒ Medical CLAIMS TO NOT BE RECIEVING ADEQUATE MEDICAL TREATMENT FOR EXCRUCIATING INTERNAL PAIN SINCE 7/15/2023.

- ☐ Dietary

- ☐ Personal Property

- ☐ Mailroom/Publications

- ☐ Staff Conduct

- ☐ Commissary / Trust Fund

- ☐ Conditions (cell conditions, cleaning supplies, etc.)

- ☐ Disciplinary Report: Dated: _____ Incident #

- ☐ Other

Based on a review of all available information, this office has determined your grievance to be:

- ☐ Affirmed

- ☐ Denied, in accordance with DR504F, this is an administrative decision.

- ☒ Denied, this office finds the issue was appropriately addressed by the facility Administration.

- ☐ Denied as the facility is following the procedures outlined in DR525.

- ☐ Denied as procedures were followed in accordance with DR 420 for removal/denial from/for an assignment.

- ☐ Denied as this office finds no violation of the grievant's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offense cited in the report was committed.

- ☐ Other: _____

FOR THE BOARD: _____
                    Jeremy Bennett
                    Administrative Review Board

CONCURRED: _____
                    Latoya Hughes
                    Acting Director

CC: Warden, __MENARD__ Correctional Center
    BOCLAIR, STANLEY , ID# A60451

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

Exhibit _ b

FROM _ Boclair/ 1160451 N_ Z 726
TO _ Sick call
Subject _ INTERNAL pain        Exhibit_ b
Date _ _ August 14, 2023

My untreated excruciating pain
is increasingly effecting back-S bethertis
I can't sleep and barely move about.

CC.
File

N2-7-26

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO INDIVIDUAL IN CUSTODY'S GRIEVANCE**

| Grievance Officer's Report | |
|---|---|

**Date Received:** 10/16/2023      **Date of Review:** 10/16/2023      **Grievance #:** K4-1023-0674

**Individual in Custody Name:** Boclair, Stanley      **ID#:** A60451

**Nature of Grievance:**

Medical Treatment

**Facts Reviewed:**

Individual in custody submitted a grievance dated 10/8/2023. He reports on going denial of treatment for excruciating internal pain and renewal of Indomethacin.

Relief Requested: Medical treatment arthritis indomethacin/internal pain.

The grievance was forwarded to the Health Care Unit for review on 10/16/2023.

The issues were addressed by the Health Care Unit in grievance #K4-0923-0069.

**Recommendation:**

It is the recommendation of this Grievance Officer that the Individual in Custody's grievance is MOOT. This is a DUPLICATE grievance issue addressed in grievance #K4-0923-0069.

Kelly Pierce, Corrections Clerk III - Menard Correctional Center      **Kelly Pierce**      Digitally signed by Kelly Pierce
Date: 2023.12.07 14:47:53 -06'00'

Print Grievance Officer's Name      Grievance Officer's Signature

(Attach a copy of Individual in Custody's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response | |
|---|---|

**Date Received:** 12/07/2023      ☒ I concur      ☐ I do not concur      ☐ Remand

**Action Taken:**

**Kevin Reichert**      Digitally signed by Kevin Reichert
Date: 2023.12.08 09:49:13 -06'00'

Chief Administrative Officer's Signature      Date

| Individual in Custody's Appeal To The Director | |
|---|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

Stanley Boclair      A60451      Dec. 18 2023
Individual in Custody's Signature      ID#      Date

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender's Grievance**

1st Lvl rec:

2nd Lvl rec:

| Date: October 8, 2023 | Offender (please print): Bockar | ID #: A160451 | Race (optional): HUMAN |
|---|---|---|---|

| Present Facility: Menard | Facility where grievance issue occurred: Menard |
|---|---|

**Nature of grievance:**

K4-1023-0674

- [ ] Personal Property
- [X] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report

- [ ] Mail Handling
- [ ] Dietary
- [X] Other (specify): continuously on-going retaliation

- [X] Medical Treatment
- [ ] HIPAA

- [ ] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

Date of report

Facility where issued MEN OCT 16 2023

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drug
issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

continuously on-going denial of any med treatment by IDOC dir, HCUA DON, unknown referral staff NP's Crane, Wildenhower & Dzakhon since (July 14 2023 - Oct 8, 2023) S. Wolfe (9-21-23 - Oct 8 2023) RN/CMT A. Chootie (9-25-23 9-26-23, 10-2-23 10-6-23) RN/CMT Council (9-27-23, 9-28-23, 9-29-23, 10-1-23 10-3-23) in retaliation for grievances & lawsuits with aid and abetting by previously named clinical-services staff to wretching arthritic and excruciating internal pain als told to psychiatrist major Oct 7, 2023, c/o ange (9-25-23), c/o tatum (9-26-23) c/o dipple (9-28/23) c/o Davis

[X] Continued on reve

**Relief Requested:**  medical treatment (arthritis - indomethacin / internal pain)

[X] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[ ] Check if this is NOT an emergency grievance.

| Stanley Bockar | A160451 | October 8 2023 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)    Date Received: _____    [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:

| Print Counselor's Name | Sign Counselor's Name | Date |
|---|---|---|

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**    Date Received: MEN OCT 11 2023

Is this determined to be of an emergency nature:

[X] Yes, expedite emergency grievance
[ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

Chief Administrative Officer's Signature                 Date 101225

HF Medical

Assigned Grievance #/Institution

Housing Unit:          Bed #:

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

1st Lvl rec:                                                    2nd Lvl rec:

(9-29-23)

(9-29-23)

Exhibit C 2

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
## Return of Grievance or Correspondence

**Individual in Custody Name:** BOCLAIR _____ STANLEY _____ ____ A60451
                              Last Name                   First Name              MI    ID#

**Facility:** MENARD _____

☒ Grievance: Facility Grievance # (if applicable) K4-1023-0674 _____ Dated: 10/08/2023 _____ or ☐ Correspondence: Dated: _____

Received: 12/21/2023 _____ Regarding: NOT RECEIVING MEDICAL TREATMENT FOR EXCRUTIATING INTERNAL PAIN. _____
        Date

---

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

☐ Provide your original written Individual in Custody's Grievance, DOC 0046, including the counselor's response, if applicable.

☐ Provide a copy of the Response to Individual in Custody's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal; if timely.

☐ Provide dates when incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to:
Administrative Review Board, 1301 Concordia Court, Springfield, IL 62794-9277

**Misdirected:**

☐ Contact your correctional counselor or Field Services regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the individual in custody grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property and medical issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns in a letter to: Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL 62706

**No further redress:**

☐ Award of Earned Discretionary Sentence Credit is a discretionary administrative decision; therefore, this issue will not be addressed further.

☐ Administrative transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further.

☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on _____
                                               Date

☒ No justification provided for additional consideration.

**Other** (specify): NO MERIT GRIEVANCE PER DR 504.830. DUPLICATE GRIEVANCE. _____
_____

Completed by: Jeremy Bonnett _____          _____          02/05/2024
              Print Name                                 Signature                 Date

Distribution:   Individual in Custody              *Printed on Recycled Paper*              DOC 0070 (Rev. 9/2023)
                Administrative Review Board

Exhibit C-B

Attention — ARB

December 18 2023

Appendant to Grievance (# K4-1023-0674)

The G.O. Report to Grievance (K4-1023-0674) is unadulterated Subterfuge — Absolutely no medical treatment nor any Response / G.O. report has been received regarding Emergency Grievance (K4-0923-0069) dated Sept. 1, 2023.

Stanley Boclair
A60451

**RECEIVED**

· DEC 2 1 2023

ADMINISTRATIVE
REVIEW BOARD

ILLINOIS DEPARTMENT OF CORRECTIONS
**Authorization for Payment**

NOTE — Please RETURN
INdividual copy

Posting Document # _____ EXHIBIT C4    Date __DEC. 18, 2023__

Individual in
Custody Name __Boclair__    ID# __460451__ Housing Unit __NZ 726__

Pay to __111-32L__

Address __+ .63__

City, State, Zip __1.74__

The sum of _____ dollars and _____ cents charged to my trust fund

account, for the purpose of __Legal mail — IDOC DIR./ARB (47.8_23)(662.8.23)__
__(K4.1023.0674)(K4.0923_0201)__

☒ I hereby authorize payment of postage for the attached mail.    ☐ I hereby request information on electronic
funds transfers to be placed in the attached mail.

Individual in Custody Signature __Stanley Boclai__    ID# __460451__

Witness Signature _____

**LEGAL MAIL
MAILED OUT**

☐ Approved  ☐ Not Approved    Chief Administrative Officer Signature _____

**DEC 19 2023**

Postage applied in the amount of ___1___ dollars and __74__ cents.

Distribution:  Business Office, Individual in Custody, Mail Room

*Printed on Recycled Paper*

DOC 0298 (Rev. 8/2021)

EXHIBIT C4

EXHIBIT_d

J.B. Pritzker
Governor



Latoya Hughes
Acting Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Name:    **BOCLAIR, STANLEY**                                                2/2/24
                                                                              _Date_

ID# :    A60451

Facility:    MENARD

This is in response to your grievance received on __01/19/2024__ . This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: 09/01/2023    Grievance Number: K4-0923-0069    Griev Loc: MEN

- ■ Medical CLAIMS TO NOT BE RECEIVING TREATMENT OR MEDICATION FOR SEVERE INTERNAL PAIN 8/15/23.
- ☐ Dietary
- ☐ Personal Property
- ☐ Mailroom/Publications
- ☐ Staff Conduct
- ☐ Commissary / Trust Fund
- ☐ Conditions (cell conditions, cleaning supplies, etc.)
- ☐ Disciplinary Report: Dated: _____ Incident #
- ☐ Other

**Based on a review of all available information, this office has determined your grievance to be:**

- ☐ Affirmed

- ■ Denied, in accordance with DR504F, this is an administrative decision.
- ☐ Denied, this office finds the issue was appropriately addressed by the facility Administration.

- ☐ Denied as the facility is following the procedures outlined in DR525.
- ☐ Denied as procedures were followed in accordance with DR 420 for removal/denial from/for an assignment.
- ☐ Denied as this office finds no violation of the grievant's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offense cited in the report was committed.

- ☐ Other:

FOR THE BOARD: _____          CONCURRED: _____
                  Jeremy Bennett                                   Latoya Hughes
            Administrative Review Board                            Acting Director

CC:  Warden,  MENARD _____ Correctional Center
     BOCLAIR, STANLEY _____ , ID# A60451

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

Exhibit_ d _ 1

From _ Boclair / A160451

To _ Acting Dir. Latoria Hughes

Subject _ Denial of Medical Treatment / Destroying _

Non-Responsive to Grievances #'s (K4 0923.0069)
(K4 1023_0674)

Letter of Intent

The HCU administrator denied months of treatment for excruciating arthritic pain then destroyed / withheld emergency grievances K4 0923.0069 and K4 1023.0674 deemed an emergency by CAO which were forwarded to her to obtain treatment.

I'm informing HCU again, Madam, I am denied any Medical Treatment (arthritic pain, etc.) in retaliation for lawsuits against this HCUA.

Will you PLEASE intervene and obtain appropriate arthritic medication and general medical care? Intended Intervention will show a stark difference in grievances (K4 0923_0069) and (K4 = 1023.0674) _

Stanley Boclair / A160451

December 18, 2023

cc _

File

Exhibit d-z

attention ——

ARB / dependent grievance # k4.0923-0069
grievance received Jan. 12, 2024, from C/O Riding
grievance not scanned by CAO per. Section 504.830 e)
Section 504.840 a) & b) it was determined an emergency
9-8-23 and not scheduled to see a N/P until 10-31-23 .

Jan. 16, 2024

cc.
    File

ILLINOIS DEPARTMENT OF CORRECTIONS

**Authorization for Payment**

*NOTE — PLEASE RETURN individual copy!*

EXHIBIT d-3 Date _Jan. 16, 2024_

Posting Document # _____

Individual in Custody Name _Boclair_    ID# _A60451_    Housing Unit _N2 72b_

Pay to _____

    Address _____

    City, State, Zip _____

The sum of _____ dollars and _____ cents charged to my trust fund account, for the purpose of _Legal Mail — ARB K4-D925-D069_

☑ I hereby authorize payment of postage for the attached mail.  ☐ I hereby request information on electronic funds transfers to be placed in the attached mail.

Individual in Custody Signature _Stanley Boclair_    ID# _A60451_

Witness Signature _____

**LEGAL MAIL MAILED OUT**

☐ Approved ☐ Not Approved  Chief Administrative Officer Signature _____

Postage applied in the amount of _____ dollars and _.63_ cents. _IL_

**JAN 17 2024**

Distribution: Business Office, Individual in Custody, Mail Room

*Printed on Recycled Paper*

DOC 0296 (Rev. 8/2021)

support and services to offenders in order to assist them in their adjustment, involvement in programs, and reintegration into society. The Clinical Services Department functions under a case management system.

Offenders are assigned counselors according to housing location. Each counselor meets with offenders assigned to them after their release into general population. It is the counselor's responsibility to review each offender's progress at least once every 60 days.

Counselors are responsible for providing individual counseling for their caseloads. In most cases, the counselor is the initial person who assesses the various requests made by an offender. Counselors evaluate and refer offenders to the Assignment Committee for security reductions, institutional transfers, pre-release placement, furloughs and job placement. The counselor may also refer offenders to other departments and/or programs. The counselor is responsible for providing crisis intervention and referrals of offenders to the psychiatrist. Initial efforts to resolve grievances should also be initially presented to counselors. Counselors are also members of the Adjustment Committee, Assignment Committee, and Program Team. Clinical Services personnel handle the majority of responses required on incoming requests for information. They prepare Parole Progress Reports for the Prisoner Review Board. In general, the Clinical Services Department is concerned with the delivery of services to offenders. Clinical Services is also involved in assisting the institution in meeting its needs.

When you need to see your counselor after your placement in general population or in protective custody, send your counselor a request slip.

## HEALTH CARE SERVICES

Menard Health Care Unit provides the offender population of Menard Correctional Center with medical, dental and mental health services. The Health Care Unit consists of an First Aid Room, Treatment/Exam rooms, Medical Records Department, Dental Clinic, Laboratory, X-Ray, Eye Clinic and Infirmary.

The Health Care Unit provides 24 hour nursing coverage and a physician on call 24 hours a day 7 days a week. When medical problems develop that cannot be handled at Menard's medical facility an offender will receive off site medical care.

### Reception and Classification:

During reception and classification intake medical services at Menard consist of blood tests for syphilis, basic metabolic panel, hepatic panel, and HIV. A PPD skin test will be given to rule out exposure to TB. A medical history will be taken by a nurse. You will be referred to a medical practitioner for a physical exam. You will also be referred to the dentist for a complete dental exam. The nurse will round the gallery daily to offer sick call.

### Sick Call Procedures:

The Health Care Unit has developed a system for providing healthcare needs while you are an offender at Menard Correctional Center.

You are requested to report any non-emergency health problem in writing on a sick call slip. The sick call request should include date, name, number, cell location and description of your medical complaint. The sick call slip should be placed in the sick call box located in your cell house during lockdown status sick call slips can be given to security staff; counselor; or nurse. The assigned cell house nurse will review these slips daily and place you on the nurse sick call line for the next day. The morning you are scheduled for nurse sick call your cell will be deadlocked. Once the nurse sick call visit is complete and your symptoms warrant you will be referred to a practitioner. Note: Paying the $5.00 medical co-pay for nurse sick call does not guarantee and automatic referral to a practitioner.

Emergency health situations should be reported to cell house staff immediately for treatment.

Offenders are required to pay a $5.00 co-pay when they are provided non-emergency medical service and sick call. No offender will be denied necessary health care because they cannot pay the $5.00 co-pay. The offender's trust fund account will be charged the $5.00 co-pay unless they are deemed indigent. Offenders who are new admissions or have transferred from another institution will be deemed indigent if it has been under 60 days and meets the above criteria. If there is no such activity on the offender's trust fund account, the $5.00 co-pay is free of charge. Health Care Unit staff does not know which offenders are indigent therefor you are required to sign the "Authorization of

78

Payment" prior to visit. The Offender Trust Office will not deduct the $5.00 medical co-pay if you are deemed indigent.

A Health Care Unit pass will be issued to an offender the evening before the health care service is scheduled. You are encouraged to honor all call passes. Accepting a call pass and subsequently failing to honor it may result in a disciplinary ticket. You may refuse a call pass by signing a "Refusal of Medical Services".

## Medication Procedures:

Taking your medication as ordered by your practitioner will promote and maintain good health. Medications will be delivered in two ways: 1) "Bubble Pack" which holds a 30 day supply of medication 2) Direct Observation Therapy which means the nurse will deliver your medication one dose at a time and will directly observe you taking the medication

Direct Observation Therapy medications will be passed daily from 7:00 p.m. to 9:00 p.m. and 3:00 a.m. to 5:00 a.m. When the nurse delivers your medication you should do the following:
1.    Present your I.D. card
2.    Have a drink ready
3.    Swallow the pill immediately
4.    Return any medication container to the nurse
Failure to comply with the medication procedure will constitute a refusal of medication, and the medication maybe discontinued.

## Living Will

An offender 18 years of age or older may contact any HCU Staff to request information about a Living Will. You may contact a member of the HCU Staff if interested in completing a Living Will. The Living Will must be renewed on a yearly basis and can be changed at any time.

## Health Education

During Reception and Classification you will be enrolled in an Orientation Class. The Orientation Class is taught by a Peer Educator. A Peer Educator is an offender that has been taught about certain health conditions. The Orientation Class will include the following material:
- Acute and Chronic Sexually Transmitted Disease
- Hepatitis A, B, and C
- HIV/AIDS
- TB – Tuberculosis
- Annual Flu Vaccine
- Personal Hygiene
* Good Hand Hygiene to avoid spread of germs and Hepatitis A
* Avoid sharing items such as toothbrushes and nail/hair clippers to avoid spread of HIV and Hepatitis B & C
- Sick Call Process
- Medication Administration – "Bubble Packs" and Direct Observation Therapy

## Lab Services

Lab services are available Monday thru Friday. You will receive a HCU Lab pass the day prior to the scheduled lab draw. To assure your labs are as accurate as possible the lab pass may instruct you to not eat or drink after midnight.

## Dental Services

The Dental Clinic provides routine dental services. The on-site dental services include but are not limited to: cleaning, fillings, and extractions. At times it may be necessary to seek off-site dental services as determined by the dentist upon evaluation. Offenders are responsible for submitting a sick call request slip to dental. All dental sick call slips are to be placed in the cell house sick call box. A $5.00 medical co-pay will be charged for dental service.

## Eye Clinic

The Eye Clinic provides routine eye exams and manages chronic eye disease. An Offender is eligible for a pair of eye glasses every 2 years. Your eye glasses will be ordered the day of your eye

exam and take approximately 2 months to receive. You will be charged a $5.00 co pay if you request the visit, unless it has been over 1 year since your last check-up.

## Medical Records

In the event that you would like a copy of your health record you must request in writing to the Medical Record Department. The Medical Record Department will provide you with a Release of Information Consent. A fee may apply for copies of your health record.

## Yearly Flu Vaccines

Flu vaccines are offered yearly, normally starting in October – January. The nurse will offer each offender the flu vaccine at which time you can accept or decline. Good hand hygiene is encouraged at all times to prevent spread of germs.

## Chronic Clinics

Chronic Clinics are designed to manage offenders with chronic health conditions. Chronic health conditions are defined as the following:
- Cardiac
- Asthma/COPD
- Diabetes
- Seizures
- High Risk (HIV and Hepatitis C)
- General Med e.g. thyroid issues; high cholesterol; and various other conditions as defined by the practitioner

When you are seen during sick call for the above chronic health conditions you will not be charged the $5.00 medical co-pay.

## Mental Health:

Offenders admitted to Menard Correctional Center have access to mental health services. Services provided include routine referrals as well as emergency and crisis referrals.

Any employee whose duties bring him into periodic contact with an offender who appears to be in need of such an evaluation makes referrals for mental health evaluations. Any employee can make an emergency crisis referral by contacting a member of the crisis team.

The institution has psychiatrist and other mental health professionals who are scheduled at the facility on a regular basis.

The institution has areas designated for close supervision which consists of a treatment status that provides for verbal and visual monitoring of those offenders determined by a mental health professional to be acutely disturbed or suicidal.
All staff is responsible for reporting unusual behavior to the Crisis Intervention Team. This team is composed of various members of the counseling, medical, security, chaplaincy and mental health staff.

An offender will be placed in the crisis care area only after evaluation and recommendation by a mental health professional. For the most part, offenders placed in the crisis area are those who are determined to pose a danger to themselves or others.

If you have a history of psychiatric behavior, or feel you are in need of a psychiatric evaluation, consult with your correctional counselor or any staff.

Psychologists, social workers, and psychiatrists provide mental health services five (5) days per week between the hours of 8:00am and 4:00pm. Services are provided by appointment on a call line basis. This facility has capabilities for tele-psychiatry sessions. Services may be obtained in the following manner:

A. Writing a note directly to the Mental Health Department.

B. Asking your counselor to refer you to the Mental Health Department

C. Informing the cell house officer of your desire.

80

BOCLAIR MCC (OR) 0080

N2-7-26

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO INDIVIDUAL IN CUSTODY'S GRIEVANCE**

| Grievance Officer's Report | | |
|---|---|---|
| **Date Received:** 11/09/2023 | **Date of Review:** 11/09/2023 | **Grievance #:** K4-1123-1311 |
| **Individual in Custody Name:** Boclair, Stanley | | **ID#:** A60451 |

**Nature of Grievance:**

Medical Treatment

**Facts Reviewed:**

Individual in custody submitted a grievance dated 11/6/2023. He grieves that he is being denied serious medical care in retaliation of grievances and lawsuits. He states he is having excruciating internal pain, indomethacin for arthritic pain, diarrhea/painful stomach pains, vomiting, and fever.

Relief Requested: "Just imagine..."

The grievance was forwarded to the Health Care Unit for review on 11/9/2023.

Please see attached memo dated 3/4/2024 from Angela Crain, MSN, RN, HCUA regarding her review of the grievance issues. This office finds that the issue was appropriately addressed.

The attached memo must accompany this grievance response if the grievance is appealed.

**Recommendation:**

It is the recommendation of this Grievance Officer that the Individual in Custody's grievance is RESOLVED.

| | | |
|---|---|---|
| Kelly Pierce, Corrections Clerk III - Menard Correctional Center | **Kelly Pierce** | Digitally signed by Kelly Pierce Date: 2024.03.08 09:09:39 -06'00' |
| Print Grievance Officer's Name | | Grievance Officer's Signature |

(Attach a copy of Individual in Custody's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response | | |
|---|---|---|
| **Date Received:** 03/08/2024 | ☑ I concur    ☐ I do not concur | ☐ Remand |

**Action Taken:**

| | | |
|---|---|---|
| **Anthony Wills    TK** | Digitally signed by Anthony Wills  TK Date: 2024.03.18 14:39:29 -05'00' | 03/18/2024 |
| | Chief Administrative Officer's Signature | Date |

| Individual in Custody's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

| | | |
|---|---|---|
| *Stanley Boclair* | A60451 | Mar. 31, 2024 |
| Individual in Custody's Signature | ID# | Date |

Exhibit_F

**Illinois Department of Corrections**
**Individual in Custody Grievance**

Pilot Program Only

LS
Housing Unit: N8-7-26 Bed #: _____

| Date: November 6 2023 | Individual (please print): Boclair | | ID #: 4160451 | Race (optional): HUMAN |
|---|---|---|---|---|
| **Current Facility:** Menard | | **Facility where grievance issue occurred:** Menard | | |

1311

**Nature of Grievance:**
- ☒ Staff Conduct
- ☒ Medical Treatment
- ☐ Disciplinary Report: _____
  Date of Report _____ Facility where issued _____

- ☐ ADA Disability Accommodation
- ☐ Restoration of Sentence Credit
- ☐ Dietary

- ☐ Personal Property
- ☐ Mail Handling
- ☐ PREA
- ☐ HIPAA
- ☒ Other (specify): ON-GOING RETALIATION

Note: Protective Custody denials may be grieved immediately via the local administration on the protective custody status notification.

Attach a copy of any pertinent document (such as Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":
- Counselor, unless the issue involves discipline, is deemed and emergency, or is subject to review by the Administrative Review Board
- Grievance Officer, only if the issue involves discipline at the current facility or issue not resolved by counselor
- Chief Administrative Officer, only if EMERGENCY grievance
- Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility, except medical and personal property issues, or issues not resolved by the Chief Administrative Officer

**Date & Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and name or identifying information for each person involved):

CONTINUOUSLY ON-GOING denial OF serious medical care by HCUA, DON, NP's (Muldenhauer, Neuman) & 1. Crohn & Linkaniwin Referral Staff (DOC DIR., RN/CMT Choote (9-25-23/9-26-23/10-2-23/10-6-23/10-13-23), RN/CMT Council (9-27-23/9-28-23/9-29-23/10-1-23/10-3-23/10-12-23/10-14-23/10-15-23/10-17-23/10-18-23/10-20-23) IN RETALIATION FOR grievances & lawsuits, and & abetted by previously named Clinical Services Staff including counselor Strong by Withholding treatment #1) excruciating internal pain #) 2) Indomethacin for extraordinarily excruciating arthritic pain, #3) Diarrhea, painful stomach

☒ **EMERGENCY:** Check only if grievance involves substantial risk of imminent personal injury or other serious or irreparable harm to self.
☐ Check if this is NOT an emergency grievance
☐ Continued on Reverse

**Relief Requested:** Quest imaging ...

_____

| Stanley Boclair | 4160451 | Nov. 6 2023 |
|---|---|---|
| Individual in Custody Signature | ID # | Date |

**Counselor Response (if applicable):**                                                                 Date Received: _____
☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Note to Individual: If you disagree with the counselor's response, it is your responsibility to forward grievance, with counselor's response, to the grievance officer.

| **EMERGENCY REVIEW:** | Date Received: MEN NOV 07 2023 | Assigned Grievance #/Institution: K4-1123-1311 |
|---|---|---|
| Is this determined to be of an emergency nature: | | First Level Received: _____ |
| ☒ Yes, expedite emergency grievance. | | Second Level Received: MEN NOV 09 2023 |
| ☐ No, an emergency is not substantiated. Individual should submit this Grievance according to standard grievance procedure. | | |
| [signature] 11/8/23 | | _____ Please check if using if utilizing follow up DOC 0743p |
| Chief Administrative Officer Signature      Date | | |

11F

Exhibit F

Pilot Program Only

**Illinois Department of Corrections**
**Individual in Custody Grievance**

CROHNS, VOMITING & FEVER... ALS WRITTEN & VERBALLY REPORTED TO CIO'S OINGRE 9.25.23. OINNE || 9.28.23. DAVIS 9.29.23. PSYCHIATRIST IMGIDUR & CIO OINNE 10.7.23. SCHANZ 10.12.23. OINNE 10.13.23. ROUMAN 10.15.23. KORONDO 10.17.23. OINNE 10.18.23. DAVIS 10.20.23. OINNE 10.21.23. LEWIS 10.22.23. ALLISON 10.23.23. INTENTIONALLY SCHEDULING THE NP ON A ARE ARRANGED 10.31.23/ ZOOM LEGAL DEPOSITION & DISPENSING KNOWN INEFFECTIVE IBUPROFEN & ACETOMINOPHEN 10.12.23, 11.5.23 & 11.6.23 ALL RETURNED (WITH NP MUIDENHOUER AWARE SINCE 5.9.23).



JB Pritzker
Governor

Latoya Hughes
Acting Director

## The Illinois Department of Corrections

Menard Correctional Center
711 Kaskaskia Street • Menard, IL  62259 • (618) 826-5071 TDD: (800) 526-0844

# MEMORANDUM

DATE:     March 4, 2024

TO:        Kelly Pierce, Corrections Clerk III, Grievance Office

FROM:     Angela Crain, MSN, RN, HCUA

SUBJECT: Boclair, Stanley A60451 Emergency Grievance K004-1123-1311

---

I am in receipt of Stanley Boclair A60451 Emergency Grievance K0004-1123-1311 dated 11/06/2023 and sent by the Grievance office via institutional email on 11/09/2023 regarding medical treatment, staff conduct, and on-going retaliation. The individual reports that he is being denied serious medical care in retaliation of grievances and lawsuits. The individual reports having excruciating internal pain, indomethacin for arthritic pain, diarrhea/painful stomach pains, vomiting, and fever. The individual was seen by NP Crane on 12/26/2023.  The individual reported to NP Crane the following, "It was a food thing we had bugs in our food back in October but, I haven't had my Indocin since August, so the meds are not related to the belly pain. I have had no issues from the medicine they help me, and I need them. I only take them when I need them so 30 a month will last me. My rash is breaking out again the clobetasol is not working anymore." NP Crane ordered a prednisone pack as directed for psoriasis rash and will be scheduled to follow up in three weeks with the NP. The NP did document that she would refer to dermatology if rash has not improved from prednisone. NP Crane also refilled the individuals Indocin for one year. Individual's medical concerns were addressed during this visit.

_Angela Crain MSN, RN, HCUA_
Angela Crain, MSN, RN, HCUA

---

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

Exhibit F3



J.B. Pritzker
Governor

Latoya Hughes
Acting Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Name:    **BOCLAIR, STANLEY**                                                                    **4/24/24**
                                                                                                                          Date

ID# :    A60451

Facility:    **MENARD**

This is in response to your grievance received on **04/03/2024**_____. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: **11/06/2023**    Grievance Number: **K4-1123-1311**    Griev Loc:    **MEN**

■ Medical CLAIMS LACK OF TREATMENT FOR SEVERE INTERNAL PAIN AND ARTHRITIC PAIN.

☐ Dietary _____

☐ Personal Property _____

☐ Mailroom/Publications _____

☐ Staff Conduct _____

☐ Commissary / Trust Fund _____

☐ Conditions (cell conditions, cleaning supplies, etc.) _____

☐ Disciplinary Report: Dated: _____ Incident # _____

☐ Other _____

**Based on a review of all available information, this office has determined your grievance to be:**

☐ Affirmed

_____

☐ Denied, in accordance with DR504F, this is an administrative decision.

■ Denied, this office finds the issue was appropriately addressed by the facility Administration.

☐ Other: _____

☐ Denied as the facility is following the procedures outlined in DR525.

☐ Denied as procedures were followed in accordance with DR 420 for removal/denial from/for an assignment.

☐ Denied as this office finds no violation of the grievant's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offense cited in the report was committed.

_____

FOR THE BOARD: _____        CONCURRED: _____
                                  Jeremy Bonnett                                                        Latoya Hughes
                                  Administrative Review Board                                        Acting Director

CC:  Warden,  **MENARD**_____ Correctional Center
        **BOCLAIR, STANLEY**_____ , ID# A60451

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

www.illinois.gov/idoc

Exhibit 9

**Illinois Department of Corrections**
**Individual in Custody Grievance**                      Pilot Program Only

Housing Unit: N2-7-24 Bed # _____

| Date: Dec. 18 2024 | Individual (please print): Boclair | ID #: ALC-151 | Race (optional): Human |

| Current Facility: Menard | Facility where grievance issue occurred: Menard |

**Nature of Grievance:**

- ☒ Staff Conduct
- ☒ Medical Treatment
- ☐ Disciplinary Report: _____
  - Date of Report    Facility where issued
- ☐ ADA Disability Accommodation
- ☐ Restoration of Sentence Credit
- ☐ Dietary
- ☐ Personal Property
- ☐ Mail Handling
- ☐ PREA
- ☐ HIPAA
- ☒ Other (specify): Retaliation

Note: Protective Custody denials may be grieved immediately via the local administration on the protective custody status notification.

Attach a copy of any pertinent document (such as Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

- Counselor, unless the issue involves discipline, is deemed and emergency, or is subject to review by the Administrative Review Board
- Grievance Officer, only if the issue involves discipline at the current facility or issue not resolved by counselor
- Chief Administrative Officer, only if EMERGENCY grievance
- Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility, except medical and personal property issues, or issues not resolved by the Chief Administrative Officer

Date & Summary of Grievance (Provide information including a description of what happened, when and where it happened, and name or identifying information for each person involved): HCUA Cronal and C.O. Kelly Pierce in retaliatistic na uoinve brunch of medical treatment denied/withheld any response for medical treatment sought in relief in grievances (K4-0923 DCP9 Sept. 1 2023) and (K4-1023-0674 Oct. 8 2023) deemed emergency by the CAO for excruciating arthritic pain with no treatment last 8 months.

☒ **EMERGENCY:** Check only if grievance involves substantial risk of imminent personal injury or other serious or irreparable harm to self.
☐ Check if this is NOT an emergency grievance
☐ Continued on Reverse

Relief Requested: medical _____

| Stanley Boclair | ALC-151 | 12-18-23 |
| Individual in Custody Signature | ID # | Date |

**Counselor Response (if applicable):** Strong ⚬⚬ 3-5-24    Date Received: 1-2-24
☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

See attached memo from medical.

Note to Individual: If you disagree with the counselor's response, it is your responsibility to forward grievance, with counselor's response, to the grievance officer.

**EMERGENCY REVIEW:**    Date Received: DEC 18 2023

Is this determined to be of an emergency nature:
☐ Yes, expedite emergency grievance.
☒ No, an emergency is not substantiated. Individual should submit this Grievance according to standard grievance procedure.

_____    12-19-23
Chief Administrative Officer Signature    Date

Assigned Grievance #/Institution: K4-1223-2154
MEN    DEC 20 2023
First Level Received: _____
Second Level Received: _____

_____ Please check if using if utilizing follow up DOC 0743p



EXHIBIT c41

**JB Pritzker**
**Governor**

**Latoya Hughes**
**Acting Director**

### The Illinois Department of Corrections

Menard Correctional Center
711 Kaskaskia Street • Menard, IL  62259 • (618) 826-5071 TDD: (800) 526-0844

# M E M O R A N D U M

DATE:    March 4, 2024

TO:    Leah Strong, Corrections Counselor

FROM:    Angela Crain, MSN, RN, HCUA

SUBJECT: Boclair, Stanley A60451 Grievance K4-1223-2154

I am in receipt of Stanley Boclair A60451 Grievance K4-1223-2154 dated 12/18/2023 and sent by the counselor via institutional email on 1/3/2023 regarding medical treatment, staff conduct, and retaliation. The issues within this grievance were previously addressed in grievance response K004-1123-1311.

*Angela Crain MSN,RN, HCUA*
Angela Crain, MSN, RN, HCUA

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

www.illinois.gov/idoc

# State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | A60451 | **Counseling Date** | 04/25/24 10:51:24:703 |
| **Offender Name** | BOCLAIR, STANLEY | **Type** | Collateral |
| **Current Admit Date** | 01/08/1982 | **Method** | Grievance |
| **MSR Date** | | **Location** | MEN GRIEVANCE OFFICE |
| **HSE/GAL/CELL** | N2-07-26 | **Staff** | PIERCE, KELLY E., Corrections Clerk III |

Grievance #K4-1223-2154 is currently pending 2nd level, Grievance Officer review.  You will receive a response once it is completed.

**Print Date  4/25/2024**

## V.   REQUEST FOR RELIEF

State exactly what you want this court to do for you.  If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255.  Copies of these forms are available from the clerk's office.

Compensatory damages : $ 100000.00 Each defendant
Punitive damages : $ 100,000.100 Each defendant in their individual & official capacities...
A declaration defendants violated plaintiffs constitutional entitlements and will desist in any future conduct.

## VI.   JURY DEMAND (*check one box below*)

The plaintiff ☒ does   ☐ does not request a trial by jury.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on:   OCTOBER 28, 2024
(date)

Stanley Boclair
Signature of Plaintiff

Box 1000
Street Address

Stanley Boclair
Printed Name

Menard Il. 62259
City, State, Zip

Prisoner Register Number

Signature of Attorney (if any)

Rev. 10/3/19